**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**AUG 2 4 2010**

GREGORY C. LANGHAM
CLERK

JEAN E. HUNTER
591 SUNDOWN LANE
EVERGREEN CO 80439
(303) 674-5930
Bar#

IN THE DISTRICT COURT OF THE STATE OF COLORADO
IN AND FOR THE COUNTY OF EVERGREEN

JEAN HUNTER                     Plaintiff        NO. 10-CV-02004-PAB-CBS

vs.                                              AFFIDAVIT OF SERVICE

CHASE BANK, N.A.                Defendant

HAROLD B. NICE, A.C.P.S.        , being duly sworn, states: that he/she is duly qualified to serve process in this cause, having been so appointed by the court, that he/she received the following document(s) in this action:

SUMMONS, PETITION FOR TEMPORARY INJUNCTION, ORIGINAL PETITION & CIVIL COVER SHEET

from JEAN E. HUNTER on 08/23/10, attorney(s) for the PLAINTIFF;
that he/she personally served the same upon the party/parties in the manner named below:

NAME: CHASE BANK, N.A.

DATE & TIME: 08/24/10 9:45 AM
PLACE:       201 NORTH CENTRAL AVENUE PHOENIX, AZ 85004
MANNER: By leaving ONE true copy(ies) of the above documents with LARRY JOHNSON, PERSONAL BANKER, AUTHORIZED.

**Statement of Costs**

| | |
|---|---|
| Service | $ 16.00 |
| Mileage | $ 25.00 |
| Document Prep | $ 11.00 |
| | $ .00 |
| | $ .00 |
| | $ .00 |
| | $ .00 |
| | $ .00 |
| Total | $ 52.00 |

_____
HAROLD B. NICE, A.C.P.S. Process Server registered in MARICOPA County

Subscribed and sworn to before

OFFICIAL SEAL
PATRICIA CHLEBANOWSKI
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires June 14, 2013

_____
Notary Public

Frontier Private Process Service 1145 West McDowell Road Phoenix, AZ 85007 (602) 258-0022
11014592-01  5698

## SUMMONS IN A CIVIL ACTION

### United States District Court
### for the District of Colorado

Civil Action Number: **'10 - CV - 02004 PAB-CBS**

Jean Hunter
591 Sundown Lane
Evergreen, Colo. 80439

PLAINTIFF(S),

v.

Chase Bank, N.A.
201 N. Central Ave, North
Phoenix, Az. 85004

DEFENDANT(S).

**SUMMONS**

To the above named Defendant(s):

You are hereby summoned and required to serve upon

plaintiff's attorney, whose address is:

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within __21__ days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk

By: _____
Deputy Clerk

(Seal of the Court)

Date: Aug 20, 2010

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

8/24/10 - Faxed copy of Summons dtd 8/20/10
        "    "    "   Affidavit of Service dtd. 8/24/10
        "    "    "   Proof of Service dtd. 8/24/10
To 303.335.2714  Colo. Federal District Court.

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __Chase Bank, N.A.__, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __Larry Johnson, Personal Banker__ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ __27.00__ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __08/24/10__

Server's signature

__Harold B. Nice, Certified Process Servers__
Printed name and title

__1145 West McDowell Road, Phoenix, AZ 85007__
Server's address