IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 10-cv-02004-PAB-CBS

JEAN HUNTER,

    Plaintiff,

v.

CHASE BANK, N.A.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

The above captioned case has been referred to Magistrate Judge Craig B. Shaffer by District Judge Philip A. Brimmer, pursuant to the Order of Reference dated August 24, 2010. *See* 28 U.S.C. § 636(b)(1)(A) and (B) and FED.R.CIV.P. 72(a) and (b).

IT IS HEREBY ORDERED that a Preliminary Scheduling Conference will be held on **November 1, 2010, at 10:00 a.m.,** in Courtroom A402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

The parties need not comply with the requirements of FED.R.CIV.P. 16 and D.C.COLOL.CIVR. 16.2 and 26.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

**DATED:**    August 30, 2010