**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-02004-PAB-CBS

JEAN HUNTER,

       Plaintiff,

v.

CHASE BANK, N.A.,

       Defendant.

---

**ENTRY OF SPECIAL APPEARANCE**

---

Mark C. Willis of the law firm of Kutak Rock LLP hereby enters his special appearance on behalf of Defendant JPMorgan Chase Bank, National Association ("Chase") erroneously named in Plaintiff's Original Petition as "Chase Bank, NA"  This Special Appearance is for the limited purpose of contesting service of process and jurisdiction.  By filing this Entry of Special Appearance, Chase does not consent or submit to the jurisdiction of this Court.  Chase expressly reserves its right to challenge the jurisdiction of this Court over it in this action.

Respectfully submitted this 14th day of September, 2010.

              By: *s/  Mark C. Willis*
                  Mark C. Willis
                  Kelly S. Kilgore
                  KUTAK ROCK LLP
                  1801 California Street, Suite 3100
                  Denver, CO  80202
                  Telephone:  (303) 297-2400
                  Facsimile:  (303) 292-7799
                  Email: mark. willis@kutakrock.com
                      kelly.kilgore@kutakrock.com

              ATTORNEYS FOR DEFENDANT JPMORGAN CHASE BANK, N.A.

4831-0731-4439.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent notification of such filing via first class mail, postage prepaid to the following address:

Jean Hunter
591 Sundown Lane
Evergreen, CO  80439
*Pro Se*

*s/ Roy P. Colclazier*
Roy P. Colclazier

2