**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-02004-PAB-CBS

JEAN HUNTER,

      Plaintiff,

v.

CHASE BANK, N.A.,

      Defendant.

---

**MOTION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S ORIGNAL PETITION**

---

      Defendant JPMorgan Chase Bank, National Association ("Chase") erroneously named in Plaintiff's Original Petition as "Chase Bank, NA," by and through its undersigned counsel, and pursuant to the Entries of Special Appearance filed on behalf of Chase on September 14, 2010, hereby submits the following Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Original Petition ("Petition") and, in support thereof, state as follows:

      1.    Pursuant to D.C.COLO.LCivR 7.1(A), the undersigned hereby certifies that he attempted to confer with Pro Se Plaintiff Jean Hunter. The undersigned left a voicemail for Ms. Hunter and has not yet received a response. Accordingly, the undersigned does not know whether Plaintiff will oppose this Motion.

      2.    On or about August 24, 2010, Plaintiff attempted to serve "Chase Bank, NA" by leaving a copy of the summons and Petition with "Larry Johnson at 201 North Central Avenue in Phoenix, Arizona." *See* Affidavit of Service filed August 24, 2010 [Docket No. 5]. If such service was valid under Fed. R. Civ. P. 4, which Chase expressly denies, Chase's response to the Petition would be due on September 14, 2010 pursuant to Fed. R. Civ. P. 12(a).

3. The undersigned was recently engaged to represent Chase in this matter, including determining the validity of Plaintiff's purported service of process on Chase. However, the undersigned has been unable to verify the circumstances surrounding the service of process and has been unable to discuss the same with Plaintiff. Further, in light of the pending foreclosure, the undersigned believes the Plaintiff cannot establish subject matter jurisdiction. In order for counsel to complete its investigation of this matter and properly prepare an answer or otherwise respond to Plaintiff's Petition pursuant to C.R.C.P. 12(b), Chase requires a 20-day extension of time, through and including October 4, 2010.

4. Granting the requested brief extension of time will not result in any undue delay of these proceedings or prejudice to the Plaintiff as this case is not at issue.

5. Pursuant to D.C.COLO.LCivR 6.1 (D), the undersigned hereby states that this is the first extension of time Chase has sought to file its response to Plaintiff's Petition.

6. Pursuant to D.C.COLO.LCivR 6.1 (E), a certificate of service is attached hereto indicating that this Motion has been served on Chase.

WHEREFORE, Defendant JPMorgan Chase Bank, National Association respectfully requests that the Court enter an Order granting it an extension of time, through and including October 4, 2010, within which to answer or otherwise respond to the Petition.

Respectfully submitted this 14th day of September, 2010.

By: *s/ Mark C. Willis*
Mark C. Willis
Kelly S. Kilgore
KUTAK ROCK LLP
1801 California Street, Suite 3100
Denver, CO  80202
Telephone:  (303) 297-2400
Facsimile:  (303) 292-7799
Email: mark. willis@kutakrock.com
kelly.kilgore@kutakrock.com

ATTORNEYS FOR DEFENDANT JPMORGAN CHASE BANK, N.A.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent notification of such filing via first class mail, postage prepaid to the following address:

Jean Hunter
591 Sundown Lane
Evergreen, CO  80439
*Pro Se*

I also certify that a copy of the foregoing was mailed via U.S. Mail on September 14, 2010 to the following:

JPMorgan Chase Bank, National Association
c/o Brian Turetsky, Esq.
194 Wood Avenue South
Iselin, NJ 08830

*s/ Roy P. Colclazier*
Roy P. Colclazier