1  Jean  Hunter
2  591 Sundown Lane
3  Evergreen CO 80439

4            UNITED STATES DISTRICT COURT

5               DISTRICT OF COLORADO

6

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 5 2010

GREGORY C. LANGHAM
CLERK

**Jean  Hunter**

Plaintiff,


vs.

**Chase Bank, NA**

Defendant

Case # 10-CV-02004 PAB-CBS

PETITION FOR NO ANSWER

DEFAULT


Date: _9-14-2010_

7

8                              **PARTIES**

9       PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

10       Plaintiff asks the court clerk to enter a default against defendant, as authorized by Federal

11   Rule of Civil Procedure 55.


12                          A. Introduction


13   1.      Plaintiff is:  Jean  Hunter, 591 Sundown Lane  Evergreen CO  80439, and defendant is:

14   Chase Bank, NA.

15   2.   On the 20th day of August 2010 plaintiff sued defendant for breach of fiduciary duty,

16   fraud, fraud by nondisclosure, and violations of various consumer protection laws.

17   3.   On the 20th day of August  2010, plaintiff filed with the court an ORIGINAL

18   COMPLAINT.  On the 24th day of August 2010 defendant was served with a summons and a

19   copy of plaintiff's complaint by and through Harold B. Nice, Certified Process Server, Frontier

20   Private Process Service, 1145 West McDowell Road, Phoenix, Az 85007.  A copy of the return

21   of service is attached as Exhibit A. Defendant did not file a responsive pleading or otherwise

22   defend the suit.

1    4.  Plaintiff is entitled to entry of default.

2    <u>B. Argument</u>

3    5.  The court clerk may enter a default against a party who has not filed a responsive

4    pleading or otherwise defended the suit. Fed. R. Civ. P. 55(a); *see United States v. $23,000 in*

5    *U.S. Currency*, 356 F.3d 157, 163 (1st Cir. 2004); *N.Y. Life Ins. Co. v. Brown*, 84 F.3d 137, 141

6    (5th Cir. 1996); *United States v. 51 Pieces of Real Prop. Roswell, N.M.*, 17 F.3d 1306, 1314

7    (10th Cir. 1994).

8    6.  The clerk should enter a default against defendant because defendant did not file an

9    answer within 21 days after the 24th day of August 2010, the date of service. Fed. R. Civ. P.

10    12(a)(1)(A)(i).

11    7.  Plaintiff meets the procedural requirements for obtaining an entry of default from the

12    clerk as demonstrated by Harold B. Nice's sworn affidavit, attached as Exhibit A. Said affidavit

13    establishes by sworn testimony of Plaintiff that Defendant failed to answer or otherwise defend

14    the instant action within the 20 day time period allowed by law.

15    8.  Defendant is not a minor or an incompetent person. *See* Fed. R. Civ. P. 55(b)(1).

16    9.  Defendant is not in military service. *See* 50 U.S.C. app. §521(b)(2). An affidavit of

17    defendant's military status is attached as Exhibit A.

18    10. Because defendant did not file a responsive pleading or otherwise defend the suit,

19    defendant is not entitled to notice of entry of default. *Haw. Carpenters' Trust Funds v. Stone*,

20    794 F.2d 508, 512 (9th Cir. 1986); *see* Fed. R. Civ. P. 55(a).

21    <u>C. Conclusion</u>

22    11. Plaintiff filed a suit against defendant in the court on the 20th day of August 2010.

23    Defendant failed to timely answer or otherwise defend said action and, thereby, Plaintiff is

24    entitled to judgment against defendant is all things requested by Plaintiff in the suit. For these

25    reasons, plaintiff asks the clerk to enter a default in favor of plaintiff.

26    Respectfully Submitted,

27

28

29    **Jean Hunter**

30    PETITION FOR NO ANSWER DEFAULT        2 of 5

09/17/2010  17:44   3036743483                    GLOBAL STRATEGIES                    PAGE3 04/9

## VERIFICATION

I, Jean Hunter, do swear and affirm that all statements made herein are true and accurate, in all respects, to the best of my knowledge.

Jean Hunter
591 Sundown Lane
Evergreen CO 80439

SWORN TO AND SUBSCRIBED BEFORE ME, _Ashley Fals_, by Jean Hunter on the _14th_ day of _September_, 2010, which witnesses my hand and seal of office.

_Ashley Fals_

**NOTARY PUBLIC IN AND FOR**

**THE STATE OF COLORADO**

My Commission Expires 04/25/2012
28145 Highway 74
Evergreen, Colorado 80439

PETITION FOR NO ANSWER DEFAULT                    3 of 5

SEP-14-2010  17:22                    3036743483                    98%                    P.04

1 Jean Hunter
2 591 Sundown Lane
3 Evergreen CO 80439
4
5            UNITED STATES DISTRICT COURT
6               DISTRICT OF COLORADO

| | |
|---|---|
| **Jean  Hunter** | Case # 10-CV-02004 PAB-CBS |
| Plaintiff, | |
| vs. | **ORDER ON NO** |
| | **ANSWER DEFAULT** |
| **Chase Bank,** NA | |
| Defendant | Date: _____ |

7

8                 <u>ORDER ON ENTRY OF DEFAULT</u>

9      After considering plaintiff's request for entry of default against defendant, proof of service,

10 the affidavits, and other evidence on file, the clerk

11     _____ DENIES the request.

12     _____ FINDS that the record supports entry of default and ORDERS the clerk to enter

13 default.

14 SIGNED on _____, 2010.

15                      _____

16                      CLERK, U.S. DISTRICT COURT

17 APPROVED & ENTRY REQUESTED:

18 _____

19 {Name of attorney submitting order}

20

21

     PETITION FOR NO ANSWER DEFAULT            4 of 7 5

## CERTIFICATE OF SERVICE

1
2    I, Jean  Hunter, do swear and affirm that I have served a signed copy of this Petition for
3    No Answer Default, and Order for No Answer  Default to any and all defendants by
4    way of U.S.P.S. Certified mail # 7010 1060 0001 4567 0897 and return receipt.
5
6
7
8    Jean  Hunter
9    591 Sundown Lane
10   Evergreen CO 80439
11
12
13
14   The Person above, who proved to me on the basis of satisfactory evidence to be the
15   person whose name is subscribed to this document and acknowledged to me that
16   he/she executed the same in his authorized capacity and that by his signature on this
17   instrument who is the person who executed this instrument.
18   I certify under PENALTY OF PERJURY under the laws of this State that the foregoing
19   paragraph is true and correct.
20
21   Witness my hand and official seal.
22
23
24   **NOTARY PUBLIC IN AND FOR**
25   **THE STATE OF COLORADO**
26

**Notary Seal**

NOTARY PUBLIC / ASHLEY FALB / STATE OF COLORADO

My Commission Expires 04/25/2012
28145 Highway 74
Evergreen, Colorado 80439

PETITION FOR NO ANSWER DEFAULT      5 of 7 5

Exhibit 'A'
p. 1 of 3

JEAN E. HUNTER
591 SUNDOWN LANE
EVERGREEN CO 80439
(303) 674-5930
Bar#

### IN THE DISTRICT COURT OF THE STATE OF COLORADO
### IN AND FOR THE COUNTY OF EVERGREEN

| | | |
|---|---|---|
| JEAN HUNTER | Plaintiff | NO. 10-CV-02004-PAB-CBS |
| vs. | | AFFIDAVIT OF SERVICE |
| CHASE BANK, N.A. | Defendant | |

HAROLD B. NICE, A.C.P.S.          , being duly sworn, states; that he/she is duly qualified to serve process in this cause, having been so appointed by the court, that he/she received the following document(s) in this action;

SUMMONS, PETITION FOR TEMPORARY INJUNCTION, ORIGINAL PETITION & CIVIL COVER SHEET

from JEAN E. HUNTER on 08/23/10, attorney(s) for the PLAINTIFF;
that he/she personally served the same upon the party/parties in the manner named below:

NAME: CHASE BANK, N.A.

DATE & TIME: 08/24/10 9:45 AM
PLACE :    201 NORTH CENTRAL AVENUE PHOENIX, AZ 85004
MANNER: By leaving ONE true copy(ies) of the above documents with LARRY JOHNSON,
        PERSONAL BANKER, AUTHORIZED.

Statement of Costs

| | | |
|---|---|---|
| Service | $ | 16.00 |
| Mileage | $ | 25.00 |
| Document Prep | $ | 11.00 |
| | $ | .00 |
| | $ | .00 |
| | $ | .00 |
| | $ | .00 |
| Total | $ | 52.00 |

HAROLD B. NICE, A.C.P.S. Process Server Registered in MARICOPA County

Subscribed and sworn to before me

OFFICIAL SEAL
PATRICIA CHOBALDNOWSKI
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires June 14, 2013

Patricia Chobaldnowski
Notary Public

Frontier Private Process Service 1145 West McDowell Road Phoenix, AZ 85007 (602) 258-0022
11014592-01  5698

09/17/2010  17:44   3036743493            GLOBAL STRATEGIES                PAGE  08

Exhibit 'A'
p. 2 of 3

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on   **Chase Bank, N.A.**
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       **Larry Johnson, Personal Banker** _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____

    _____

    _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

Date:   __08/24/10__

Server's signature

**Harold B. Nice, Certified Process Servers**

Printed name and title

**1145 West McDowell Road, Phoenix, AZ 85007**

Server's address

09/11/2010   17:44     3036743483          GLOBAL STRATEGIES              PAGE  09

Exhibit 'A'
P. 3 of 3

## SUMMONS IN A CIVIL ACTION

### United States District Court
### for the District of Colorado

Civil Action Number:   '10 − CV − 0 2 0 0 4 PAB-CBS

JEAN HUNTER
591 SUNDOWN LAKE
EVERGREEN, CO. 80439

**PLAINTIFF(S),**

v.

CHASE BANK, N.A.
201 N. CENTRAL AVE. North
PHOENIX, AZ. 85004

**DEFENDANT(S).**

**SUMMONS**

To the above named Defendant(s):

You are hereby summoned and required to serve upon

plaintiff's attorney, whose address is:

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within ___21___ days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk

By: _____

(Seal of the Court)                                      Deputy Clerk

Date: Aug 20, 2010

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

8

)24/10 - Faxed copy of Summons oto 8/24/10
                "     "  Affidavit of Service oto 8/24/10
3         "     "  Proof of Service oto 8/24/10
        To 303. 335. 2714  Colo Federal District Court.

DATE:   9/14/2010

FAXED TO:  Colo  Federal  District  Court.
            303. 335. 2714

Total Pages  Including  the Cover Page  -  9

   - Petition for No Answer Default - 3 pages
        Including  Verification  + Notary

   - Order on  NO ANSWER  Default - 1 page

   - Certificate of Service  + Notary - 1 page

   - Exhibit 'A' -  3 pages.

 Subject -   Case # 10 - CV - 02004 PAB-CBS

From  -  Joan Hunter.