FILED
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

SEP 15 2010

GREGORY C. LANGHAM
CLERK

Civil Action Case No. 10-CV-02004 PAB-CBS

JEAN HUNTER,

       Plaintiff,

v.

CHASE BANK, N.A.,

       Defendant.

## PLAINTIFF'S MOTION TO STRIKE

1.    Plaintiff is: Jean Hunter, 591 Sundown Lane, Evergreen, CO 80439 and defendant is: CHASE BANK, N.A.

2.    On August 20th, plaintiff filed with the court an ORIGINAL COMPLAINT. On August 24, 2010 defendant was served with a summons and a copy of plaintiff's complaint by and through Harold B. Nice, Certified Process Server, with Frontier Private Process Service, Phoenix, Arizona.. Defendant did not file a responsive pleading or otherwise defend the suit.

3.    On September 14, 2010, Plaintiff filed a Motion For No Answer Default via fax at 5:11 P.M. after Clerk of Court office closed for business at the end of the 21st day from service on Defendant making the Motion For No Answer Default filed correctly on the 22nd day after service. The fax was completed at a 5:15 P.M.

4.    On September 15, 2010 at 8 A.M., in the presence of Jean Hunter, Clerk of Court acknowledge receipt of Plaintiff's Motion For No Answer Default into the record shortly after the office closed on 14 September 2010, but no signature was offered in favor or against by a clerk or a judge.

5.    On September 14, 2010, Defendant entered a Notice of Entrance of Appearance via electronic filing at or about 9:00 P.M. Then the Defendant followed the Notice of Entrance of Appearance up with a Motion for Extension of Time on September 14, 2010.

6.    Defendants answer is untimely, and must be stricken from the record.

The record reflects the Plaintiffs Motion for No Answer Default, and his intention to notify the court of the Defendants failure to respond.

7. Plaintiff would like the matter of No Answer Default to be ruled upon before moving forward with this case, as the necessity to respond to the Rule 4 Motion may be Moot.

**PRAYER**

8. Plaintiff Requests the Following:

   a. Defendants entire Answer be stricken from the record.

   b. Court will direct the Defendant to properly motion/petition the

court to lawfully address the entry of No answer Default.

   c. Plaintiff requests any further relief as the Court may deem reasonable and just under the circumstances.

9. IN THE INFERENCE

a. Plaintiff requests reasoning as to why the Clerk and/or Court had not addressed the Plaintiffs Motion For No Answer Default. Secondly, it is questioned as to why the court would consider an extension of time. Plaintiff, not being learned in law may not understand the intricacies to the Federal Court System, and offers that this may be an oversight, and easily rectifiable. If Plaintiff is misunderstanding the docket entry information, it is requested that an explanation be granted so as to not cause any further delay from either party.

b. Should this Motion to strike be denied, Plaintiff will file a Response to the Rule 4 Dismissal offered by Defendant.

Respectfully Submitted,

*[signature]*

Jean Hunter

591 Sundown Lane

Evergreen, CO 80439

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2010, I faxed the foregoing with the Clerk of Court for the District of Colorado and sent notification of such filing via first class mail, certified return receipt, postage paid to the following address:

Mark C. Willis

Kelly S. Kilgore

KUTAK ROCK LLP

1801 California Street, Suite 3100

Denver, CO  80202

ATTORNEYS FOR THE DEFENDANT

JPMORGAN CHASE BANK, N.A.

                                                          **Jean Hunter**

                                                          *Pro Se*

Date: 9/15/10

Faxed To: Colo Federal District Court.
303.335.2714

Total Pages Inclusive of this Cover Page 4

Subj: - Case # 10 CV-02004 PAB-CBS.

From: - Dean Hunter